UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| GEORGE RATLEDGE, ) | |
| ) | |
| Plaintiff, ) | No. 1:12-cv-402 |
| ) | |
| v. ) | Collier/Carter |
| ) | |
| NORFOLK SOUTHERN RAILWAY CO. ) | |
| and BULL MOOSE TUBE CO., ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the parties, by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1), and stipulate that the instant matter is to be dismissed with prejudice as to the Defendants, Norfolk Southern Railway Co. ("Norfolk Southern") and Bull Moose Tube Co. ("Bull Moose"), with each party to bear its own costs and expenses. As a result of this stipulation, all claims asserted against Norfolk Southern and Bull Moose by Plaintiff in his Complaint are hereby dismissed with prejudice.

Submitted this 13th day of July, 2015.

*Signatures on following page.*

13332008v1

**AGREED TO FOR ENTRY BY:**

**MILLER & MARTIN PLLC**

By:   s/ Alison B. Martin
      Larry L. Cash, BPR No. 9386
      Alison B. Martin, BPR No. 22366
      Scott E. Simmons, BPR No. 29392

Suite 1200, Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402
Telephone: (423) 756-6600
Facsimile: (423) 785-8480

**SIDLEY AUSTIN LLP**
James S. Whitehead
*Admitted Pro Hac Vice*
1 S Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

*Attorneys for Defendant Norfolk Southern Railway Company*

**WILLIAM G. COLVIN, PLLC**

By:   s/ William G. Colvin
      William G. Colvin, BPR No. 6733

801 Broad Street, Suite 428
Chattanooga, TN 37402
Telephone: (423) 265-8804
Facsimile: (423) 267-5915

**MAPLES, TUCKER & JACOBS, LLC**
William C. Tucker, Jr., Esq.
*Admitted Pro Hac Vice*
2001 Park Place North, Suite 501
Birmingham, AL 35203
Telephone: (205) 322-2333
Facsimile: (205) 322-4692

*Attorneys for the Plaintiff*

13332008v1

**MOORE INGRAM JOHNSON & STEELE, LLP**

By:   s/ Angela H. Smith
      Angela H. Smith, BPR No. 29016

326 Roswell Street
Mariette, GA 30060
Telephone: (770) 429-1499
Facsimile: (770) 429-8631

*Attorneys for Defendant Bull Moose Tube Co.*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 13, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

By:   s/ Alison B. Martin

13332008v1